## NATHANIEL PLEASANTON v. ROBERT BELL et al.

Supreme Court. Kent. October, 1814.

*Clayton's Notebook, 31.*

PER CURIAM. We have no doubt of the law applicable to this case. The purparties of the heirs could not be allotted during the lifetime of tenant by the curtesy. The proceedings in the court below are therefore erroneous.

Let them be reversed.

*Clayton* for appellant.   *Ridgely* for respondents.